ROYAL NORWEGIAN NAVY, Respondent, v. DAVID SMITH STEEL Co., INC., Appellant, et al., Defendants.

Supreme Court, Appellate Term, First Department, November 2, 1945.

*Joseph P. Carey* for appellant.

*Max J. Gwertzman* for respondent.

*Per Curiam.* Since the moving papers establish that the plaintiff is an agency of a foreign government and is neither a person nor a corporation, it has no legal capacity to sue (*Telkes v. Hungarian National Museum*, 265 App. Div. 192; *MacAffer v. Boston & Maine Railroad*, 242 App. Div. 140, 145, revd. on other grounds, 268 N. Y. 400).

The order should be reversed, with $10 costs, and motion granted.

McLaughlin, Eder and Hecht, JJ., concur.

Order reversed, etc.